UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED OF SAN FRANCISCO, a California non-profit corporation; and ERIN LAURIDSEN and FRANK WELTE, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., a Delaware corporation; ADP TOTALSOURCE, INC., a Florida corporation; and DOES 1-5,<br><br>Defendants. | Case No. 4:20-cv-09020-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND STAY OF LITIGATION**<br><br>(San Francisco Superior Court No. CGC-20-586626)<br><br>Complaint Filed: September 17, 2020 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS as follows:

This action will be stayed for all purposes for an additional 30 days from April 22, 2021 to May 22, 2021, or until 15 days after any party serves written notice on all other parties and this Court that it withdraws from the Structured Negotiations Agreement, whichever occurs first.

Defendants shall have thirty (30) days after the date this stay is lifted upon further order of this Court to file their responsive pleading.

Upon further order from the Court, the Parties may be directed to file a joint status report, or attend a status conference, to update the Court on the progress of settlement efforts prior to expiration of the stay.

**IT IS SO ORDERED**

Dated: April 29, 2021

_____
United States District Judge