UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED OF SAN FRANCISCO, a California non-profit corporation; and ERIN LAURIDSEN and FRANK WELTE, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., a Delaware corporation; ADP TOTALSOURCE, INC., a Florida corporation; and DOES 1-5,<br><br>Defendants. | Case No. 4:20-cv-09020-HSG<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(San Francisco Superior Court No. CGC-20-586626)<br><br>Complaint Filed:   September 17, 2020<br><br>Current Response Date:  July 22, 2021<br><br>New Response Date:   August 20, 2021 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendants Automatic Data Processing, Inc, and ADP TotalSource, Inc. shall have an extension of time of twenty-nine (29) days in which to respond to Plaintiff's Complaint to August 20, 2021.

**IT IS SO ORDERED**

Dated:  7/21/2021        _____

United States District Judge