# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED OF SAN FRANCISCO; and ERIN LAURIDSEN and FRANK WELTE, <br><br> Plaintiff(s) <br><br> v. <br><br> AUTOMATIC DATA PROCESSING, INC., and ADP TOTALSOURCE, INC. , <br><br> Defendant(s) | Case No. C 4:20-cv-09020-HSG <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __30__ days.

Date: 9/17/2021

Signed: /s/ Meredith J. Weaver
   Attorney for Plaintiff(s)

Signed: /s/ Kristina Launey
   Attorney for Defendant(s)

Signed: _____
   Attorney for Defendant(s)

I, Meredith J. Weaver, hereby attest that I have obtained Kristina Launey's concurrence in the filing of this document.

/s/ Meredith J. Weaver

*Important!* E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*