**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED OF SAN FRANCISCO, a California non-profit corporation; and ERIN LAURIDSEN and FRANK WELTE, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., a Delaware corporation; ADP TOTALSOURCE, INC., a Florida corporation; and DOES 1-5,<br><br>Defendants. | **Case No. 4:20-cv-09020-HSG**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF CASE**<br><br>(SAN FRANCISCO SUPERIOR COURT NO. CGC-20-586626)<br><br>Complaint Filed: September 17, 2020<br><br>Judge: Hon. Haywood Gilliam, Jr. |

1 | Pursuant to the parties' Stipulation of Dismissal of Case and the parties' representations to the Court concerning settlement NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

    1. All individual claims by the named Plaintiffs are hereby dismissed, with prejudice.

    2. The Complaint is hereby dismissed.

    3. This Court retains jurisdiction over this case through October 22, 2024 to enforce the terms of the Agreement. Should this Court become unavailable during the term of the Agreement, the parties shall request that another judge or magistrate judge be assigned authority over this matter.

IT IS SO ORDERED.

Date: 10/28/2021

Haywood S. Gilliam, Jr.
United States District Judge